UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE DANIELS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-03178 |
| REYNOLDS NATIONWIDE, INC., | § § § | |
| Defendant. | § | |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Michelle Daniels and Defendant Reynolds Nationwide, Inc. in the above-referenced action have advised the Court that they have settled the claims in this lawsuit, and they request that the Court enter this Agreed Order Dismissing Case with Prejudice (Dkt. No. 11).

The Court, after considering the Joint Motion for Entry of Agreed Order Dismissing Case with Prejudice, GRANTS the Joint Motion. It is therefore,

ORDERED that the above-referenced case is hereby DISMISSED WITH PREJUDICE to the refiling of same.

IT IS FURTHER ORDERED that Michelle Daniels and Reynolds Nationwide, Inc. each shall separately bear their own costs and expenses, including any attorneys' fees.

It is so ORDERED.

SIGNED on May 22, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge